MEMORANDUM OPINION




No. 04-07-00171-CV



IN RE Noe PENA



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice


Delivered and Filed: March 21, 2007


PETITION FOR WRIT OF MANDAMUS DENIED

 On March 9, 2007, relator filed a petition for writ of mandamus. The court has considered
relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly,
relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 



 PER CURIAM


1. This proceeding arises out of Cause No. 2006-CR-6778, styled The State of Texas v. Noe Pena, pending in
the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary Román presiding.